# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Cajigas-Hernandez, <br> *Plaintiff* <br> v. <br> Davol, Inc., et al. <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 2:21-cv-350 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Pursuant to the Order filed 1/12/2023 - Plaintiff has not produced the PPF as required by this Court's order and by Case Management Order No. 8 (Case No. 18-md-2846, ECF No. 57), Plaintiff's case is DISMISSED WITHOUT PREJUDICE .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 01/12/2023

CLERK OF COURT

Christi M. Werr[signature]

Signature of Clerk or Deputy Clerk